# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 121

State of North Dakota by
Workforce Safety & Insurance,

Plaintiff and Appellee

v.

Terry Kemmet, d/b/a K&K Well Drilling,

Defendant and Appellant

No. 20210063

Appeal from the District Court of Kidder County, Southeast Judicial District,
the Honorable Jay A. Schmitz, Judge.

AFFIRMED.

Per Curiam.

Jacqueline S. Anderson, Special Assistant Attorney General, Fargo, ND, for
plaintiff and appellee.

Terry Kemmet, self-represented, Tappen, ND, defendant and appellant;
submitted on brief.

**WSI v. Kemmet**
**No. 20210063**

**Per Curiam.**

[¶1] Terry Kemmet appeals after the district court granted summary judgment in favor of Workforce Safety and Insurance (WSI) and denied his post-judgment motion in this collection action for unpaid premiums, interest, and penalties. Kemmet raises issues on appeal challenging, among other things, the court's jurisdiction and its summary judgment decision. WSI asserts his appeal was untimely and summary judgment was properly granted. On this record, we conclude Kemmet's appeal was timely, and we summarily affirm under N.D.R.App.P. 35.1(a)(1), (4), and (6).

[¶2]  Jon J. Jensen, C.J.
      Gerald W. VandeWalle
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte